■ In the Matter of CLIFFORD A., a Person Alleged to be a Juvenile Delinquent, Appellant. [690 NYS2d 427] —Order of disposition, Family Court, New York County (Sara Schechter, J.), entered on or about December 3, 1997, which adjudicated appellant a juvenile delinquent, upon a fact-finding determination that appellant committed acts which, if committed by an adult, would constitute the crimes of petit larceny, criminal possession of stolen property in the fifth degree and criminal possession of an anti-security item, and placing appellant under the supervision of the Department of Probation for a period of 1 year, unanimously affirmed, without costs.

The court's findings were based on legally sufficient evidence and were not against the weight of the evidence. There was ample evidence of appellant's guilt of each of the charges, including his explicit admission that he was shoplifting. Concur—Rosenberger, J. P., Mazzarelli, Rubin, Saxe and Buckley, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JASON MOCZO, Appellant. [690 NYS2d 428] —Judgment, Supreme Court, New York County (Jay Gold, J.), rendered June 23, 1997, convicting defendant, after a jury trial, of two counts of burglary in the first degree, and sentencing him to concurrent terms of 8 to 16 years, unanimously affirmed.

The court properly exercised its discretion in denying defendant's request to recall the complainant so that defendant could attempt to impeach her credibility by means of a letter purportedly written by her, of which counsel had notice but did not advise the court prior to completion of the complaining witness's cross examination and which was of little or no probative value. In any event, were we to find the court's ruling to be error, we would find it to be harmless. Concur—Rosenberger, J. P., Mazzarelli, Rubin, Saxe and Buckley, JJ.